## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-00569 JAK (SSx) | Date | July 13, 2011 |
|---|---|---|---|
| Title | Gene Acosta v. Mortgage Capital Associates, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On July 12, 2011, plaintiff filed "Notice of Settlement" [26]. The Court sets an Order to Show Cause re Dismissal for August 11, 2011 at 9:00 a.m. If the parties file a dismissal by August 10, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Settlement, Final Pretrial Conference, Status Conference re Exhibits and Jury Trial are vacated.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    ak