1  MICHAEL L. TRACY, ESQ., SBN 237779
2  MTRACY@MICHAELTRACYLAW.COM
   LAW OFFICES OF MICHAEL TRACY
3  2030 Main Street, Suite 1300
4  Irvine, CA  92614
   T: (949) 260-9171
5  F: (866) 365-3051
6
   Attorneys for Plaintiff GENE ACOSTA
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GENE ACOSTA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE CAPITAL ASSOCIATES, INC., A CALIFORNIA CORPORATION;  JEY STERN, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: LA CV11-00569 JAK (SSx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  August 10, 201          By: _____
                                    JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE

-1-